BLANK ROME LLP
Attorneys for Plaintiff
QINGDAO OCEAN SHIPPING COMPANY
Jeremy J. O. Harwood (JH 9012)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

**08 CV 4260**

RECEIVED
MAY 05 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QINGDAO OCEAN SHIPPING COMPANY,

  Plaintiff,

-against-

GUJARAT CHEMINEX LTD. OF MUMBAI,

  Defendant.

08 Civ.

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff QINGDAO OCEAN SHIPPING COMPANY ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated: New York, NY
       May 5, 2008

BLANK ROME LLP
Attorneys for Plaintiff
QINGDAO OCEAN SHIPPING COMPANY

By _____
Jeremy J. O. Harwood (JH 9012)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Tel.: (212) 885-5000
Fax: (212) 885-5001

900200.00001/6635403v.1