BLANK ROME LLP
Attorneys for Plaintiff
QINGDAO OCEAN SHIPPING COMPANY
Jeremy J. O. Harwood (JH 9012)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05·07·08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QINGDAO OCEAN SHIPPING COMPANY,

    Plaintiff,

-against-

GUJARAT CHEMINEX LTD. OF MUMBAI,

    Defendant.

08 Civ.  4260 (LAP)

**ORDER APPOINTING
PROCESS SERVER**

---

Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Jeremy J. O. Harwood, Esq., that such appointment will result in substantial economies in time and expense,

NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on

garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:  New York, New
        May 6 , 2008

SO ORDERED:

Loretta A Presley
U.S.D.J.